UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES S. MOTOSKO | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:18-CV-4-FL |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 18, 2018, and for the reasons set forth more specifically therein, that the defendant's motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED against defendant.

**This Judgment Filed and Entered on July 18, 2018, and Copies To:**
Charles S. Motosko (via US mail) 44 Juniper Trail, Southern Shores, NC 27949
Christopher B. Karlsson  (via CM/ECF Notice of Electronic Filing)

July 18, 2018                                        PETER A. MOORE, JR., CLERK
                                                       /s/ Sandra K. Collins
                                                     (By) Sandra K. Collins, Deputy Clerk